# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ricky Robinson (K-82958), ) <br> ) <br> Plaintiff, ) <br> ) Case No. 25 C 2492 <br> v. ) <br> ) Hon. Virginia M. Kendall <br> Ms. Griffin, et al., ) <br> ) <br> Defendants. ) | |

## ORDER

      In response to the Court's request for waiver of service of summons, the litigation coordinator at Stateville Correctional Center has indicated that Defendant Griffin is no longer employed by IDOC [17]. Accordingly, the Court appoints the U.S. Marshals Service to serve Defendant Griffin and directs the Marshal to make all reasonable efforts to serve Defendant. The Clerk is instructed to issue a summons for service of the Amended Complaint on Defendant Griffin and forward to the Marshal a copy of: (1) this order, (2) the Amended Complaint [15], (3) the summons, and (4) the response to the request for waiver [17], which contains the last-known address for Defendant Griffin. Address information will not be disclosed by the Court or the Marshal, except as necessary to serve Defendant. Pursuant to Federal Rule of Civil Procedure 4(l), the Marshal is instructed to submit proof of service to the Court utilizing Box.com. Once received, proof of service shall be docketed utilizing the "court only" viewing restriction. Although the Court is appointing the Marshal for the sake of efficiency, Plaintiff is not proceeding *in forma pauperis* in this matter, and is therefore not entitled to service of process at government expense. *See* Fed. R. Civ. P. 4(c)(3). Therefore, Plaintiff must pay a required deposit of $65.00 for service of summons before the Marshal will take further action. Payment can be made in the form of a cashier's check, certified check, corporate check, or money order made payable to "US Marshals Service" and mailed to the following address: 219 S. Dearborn Street, Ste 1168 / Attn: Civil Division / Chicago, IL 60604. Any payment to the U.S. Marshal must include the case number on the check or envelope. The Clerk is directed to send Plaintiff a copy of this order.

Date: 9/18/2025                                              /s/Virginia M. Kendall
                                                                                                    Chief Judge